"Rodio + Ursillo"

# United States District Court S+10

DISTRICT OF

International Brotherhood of Electrical Workers, Local Union #99; Allen P. Durand, et al., Trustees ; and the Rhode Island and Southeast Massachusetts Chapter, National Electrical Contractors Association

V.

The PowerPro's Incorporated; and Ronald A. Costa, President

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 540 T

TO: (Name and address of defendant)

Stephen P. Levesque, Esq. as Registered Agent
PowerPro's Incorporated
~~1140 Reservoir Avenue, Suite~~ 8 160 Burnside
~~Cranston, RI 02920~~ Cranston, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Gibson, Esq.
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

10-29-05
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/4/06 |
| NAME OF SERVER *(PRINT)* MICHAEL DEFALCO | TITLE DISINTERESTED PERSON |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other *(specify)*: A/S STEPHEN P LEVESQUE ESQ THE POWER PRO'S INC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 40+10 50— |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/4/06
*Date*

Michael DeFalco
*Signature of Server*

35 Waveland St Johnston, RI
*Address of Server*

X Stephen P. Levesque

FILED
2006 JAN 18 A 11: 23
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.