Rodio + Ursillo

3

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

International Brotherhood of Electrical Workers, Local Union #99; Allen P. Durand, et al., Trustees; and the Rhode Island and Southeast Massachusetts Chapter, National Electrical Contractors Association

V.

The PowerPro's Incorporated; and Ronald A. Costa, President

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 540 T

CA 05 540

TO: (Name and address of defendant)

Costa lives here GOOD AND

Ronald A. Costa, President
The PowerPro's Incorporated
15 Glen Ridge Road
Cranston, RI 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Gibson, Esq.
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

12-29-05

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 1-21-06 |
| --- | --- |
| NAME OF SERVER (PRINT) PEDRO RAPOSO | TITLE CONSTABLE DISINTERESTED PARTY |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: Ronald A Costa Ronald A Costa

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[X] Other (specify): RONALD A COSTA PRESIDENT 15 GLEN RIDGE RD CRANSTON RI 02920

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45- |
| --- | --- | --- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-21-06
*Date*

Pedro Raposo 6064 CONSTABLE
*Signature of Server*

30 BRADFORD ST JOHNSTON RI 02919
*Address of Server*

FILED
2006 FEB -8 A 11: 06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.