UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
FEB 22 2006
Property of U.S. District Court
District of Rhode Island

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION #99; ALLEN P. DURAND, et al., TRUSTEES; and THE RHODE ISLAND AND SOUTHEAST MASSACHUSETTS CHAPTER, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION

Plaintiffs

v. CA. NO.: CA 05-540 T

THE POWERPRO'S INCORPORATED; and RONALD A. COSTA, PRESIDENT

Defendants

VOLUNTARY DISMISSAL

Due to the Defendants having made a satisfactory settlement agreement with Plaintiffs, the undersigned hereby agrees the above-captioned matter shall be dismissed WITH PREJUDICE, no interest and no costs.

Plaintiffs,
By Their Attorneys,

Dated: February 17, 2006

Jeffrey M. Gibson, Esq. (#3046)
RODIO & URSILLO, LTD.
86 Weybosset Street
Providence, RI 02903
(401) 331-6400

ENTER:
Ernest C. Torres
Chief U.S. District Judge
Date: 2/27/06